UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

C.C., individually and on behalf of R.C–D.,

                        Plaintiff,

        v.                                                    **ORDER**

NEW YORK CITY DEPARTMENT OF                   21 Civ. 11121 (ER)
EDUCATION,

                        Defendant.

RAMOS, D.J.

        On December 28, 2021, C.C. brought this action against the New York City Department

of Education ("DOE"), seeking fees and costs pursuant to 20 U.S.C. § 1415 of the Individuals

with Disabilities Education Act and related claims.  Doc. 1.  On January 4, 2022, C.C. filed an

affidavit of service representing that the DOE had been served via email.  Doc. 5.  The DOE's

answer was therefore required to be filed by January 25, 2022.  *See id.*  To date, the DOE has

failed to answer or otherwise appear in this action.

        C.C. is therefore directed to submit a status report by **April 12, 2022**, including an

explanation of whether service by email upon the DOE was proper service.  Failure to comply

with Court orders may result in sanctions, including dismissal for failure to prosecute pursuant to

Fed. R. Civ. P. 41(b).

        It is SO ORDERED.

Dated:  April 5, 2022
        New York, New York                    _____
                                              Edgardo Ramos, U.S.D.J.